**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL** |
| | : | |
| **v.** | : | |
| | : | **NO.  2020-109** |
| TITUS  BARKLEY | : | |

**CONDITIONS OF RELEASE ORDER**

| BAIL |
|---|

Defendant is **released on bail** in the amount of: $100,000.00.
     X     **O/R**
           **cash**
           **secured by**:
                  % cash
                  property at:
           **Clerk's office requirements are not waived.**  Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

| PRETRIAL SERVICES |
|---|

 X       Defendant shall report to Pretrial Services:
                  X     **as directed** by Pretrial Services.
                      times per week **in person**.
                      times per week **via telephone**.

       Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
 X    Defendant shall submit to **random drug testing** as directed by Pretrial Services.
       Defendant shall refrain from excessive use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.
 X    Defendant shall undergo **drug/alcohol treatment** if necessary, as determined by Pretrial Services.
 X    Defendant shall submit to **location monitoring** at the following address:

         4062 Don Luis Drive
         Los Angeles, CA  90008
_____

        This Court, based upon evidence that Defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services.

       **Curfew.** You are restricted to your residence every day from_____ to _____, during which electronic monitoring will be in place, or as directed by the pretrial services office or supervising officer.

  X_____  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;

  _____ **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

## PASSPORT

  X_____  Defendant shall surrender and/or refrain from obtaining a **passport**.

## TRAVEL

  _____  Travel is restricted to the **Eastern District of Pennsylvania**.
  X_____  Travel is restricted to the _Central District of California_____.
  _____  Unless prior permission is granted by Pretrial Services.

## FIREARMS

  X_____  Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

## MISCELLANEOUS

  X_____  Defendant shall have no contact with **co-defendants**, **potential witnesses** in this case, or individuals engaged in any **criminal activity**.
  _____  Defendant must maintain present **employment**.
  _____  Defendant must **actively seek** gainful employment.
  _____  Defendant shall undergo a **mental competency evaluation**.
  _____  Defendant must reside:

   **at**:  _____

   **with**: _____

## COMPUTERS/INTERNET

  _____ The Defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to insure compliance with the imposed restrictions.

   _____**No computer/device**: The Defendant is prohibited from possession and/or use of any computers, laptop or desktop, and connected devices, to include but not limited to; cellular telephones, tablets, gaming consoles, smart televisions, smart watches, Ebook readers, or any other device with the ability to connect to the internet via hardwire or WiFi.

   _____**Computer, no internet access**: The Defendant is permitted use of computers or connected devices but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging).

   _____**Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

   _____**Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to insure the equipment is password protected.

   _____**Other Restrictions**:

**OTHER CONDITIONS:**

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Any violation of the conditions of release may result in revocation of bail and imprisonment pending trial.

_____       _____
AUSA                    DEFENSE ATTORNEY

It is so ORDERED this  23rd  day of  October , 2020.

        BY THE COURT:

          /s/ Paul S. Diamond
        _____
        PAUL S. DIAMOND,
        UNITED STATES DISTRICT COURT JUDGE